CARTERET SAVINGS & LOAN ASSOCIATION v.
JOSEPH CHRISTIE.

April 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY LEDBETTER &
EDWARD TAYLOR.

April 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY LEDBETTER &
EDWARD TAYLOR.

April 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MARTIN TACCETTA.

April 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. EDDIE THOMAS.

April 10, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH M. ESPOSITO.

April 10, 1979. Petition for certification denied.